

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-10-00094-CV

_____


BILLY ELDRIDGE, Appellant

V.

STEPHANIE ELDRIDGE, Appellee



On Appeal from the 336th Judicial District Court
Fannin County, Texas
Trial Court No. PO-10-39692



Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Billy Eldridge has filed an appeal. He is not indigent, but has not requested or paid (or made arrangements to pay) for a clerk's record. Thus, a clerk's record has not been prepared or filed. Eldridge has also not filed a reporter's record in this appeal and has not paid the filing fee with this Court. On October 18, 2010, we sent a letter to counsel pointing out that the record was thirty days overdue and that the fees had not been paid and warning that, if action was not taken within ten days to prosecute this appeal with effect, it would be subject to dismissal pursuant to TEX. R. APP. P. 42.3(c).

Twenty days has now elapsed, and we have received no response.

We dismiss the appeal for want of prosecution.


Josh R. Morriss, III
Chief Justice

Date Submitted:     November 15, 2010
Date Decided:       November 16, 2010

2